AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MARILYNNE A. COX,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:14-CV-479-H<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare LLC
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence L. Jones II
JONES WARD PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/5/2014

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Kentucky

Case Number: 3:14-CV-579-H

Plaintiff:
**MARILYNNE A. COX**

vs.

Defendant:
**JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC, ET AL.**

For:
Schlichter, Bogard & Denton, LLP
100 South Fourth Street
Suite 900
St. Louis, MO 63102

Received by Courthouse Courier on the 13th day of October, 2014 at 5:22 pm to be served on **Bayer Healthcare, LLC c/o IL Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Zach Higdon, do hereby affirm that on the **14th day of October, 2014 at 3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Lashawn Devos C/O Illinois Service Corporation** as **Customer Service Rep** for **Bayer Healthcare, LLC**, at the address of: **801 Adlai Stevenson Dr., Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 200, Hair: Blonde, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit, and am a registered employee of Bill Clutter Investigations, Inc., a private detective agency, (Lic. #117-001206) under the Private Detective and Security Act of 1993. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Zach Higdon
129-356805

**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**(217) 528-5997**

Our Job Serial Number: CLU-2014006343

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m