AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MARILYNNE A. COX,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.<br><br>*Defendant(s)* | Civil Action No.  3:14-CV-579-H |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Ortho LLC
　　　　　　　　　　　　　　　　　　The Corporation Trust Company
　　　　　　　　　　　　　　　　　　Corporation Trust Center 1209 Orange Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　　　　Lawrence L. Jones II
　　　　　　　　　　　　JONES WARD PLC
　　　　　　　　　　　　312 S. Fourth St., 6th Floor
　　　　　　　　　　　　Louisville, KY 40202

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　　　9/5/2014　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:14-CV-579-H

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Ortho, LLC
was received by me on *(date)* 10/13/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy Mclaren , who is designated by law to accept service of process on behalf of *(name of organization)* Janssen Ortho, LLC c/o The Corporation Trust Company on *(date)* 10/14/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/15/2014

*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, ste 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc: