AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

MARILYNNE A. COX,

*Plaintiff(s)*

v.  Civil Action No. 3:14-CV-579-H

Janssen Research & Development LLC f/k/a
Johnson and Johnson Pharmaceuticals Research
and Developement, LLC, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence L. Jones II
JONES WARD PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/5/2014

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:14-cv-579-h

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Pharmaceuticals Inc
was received by me on *(date)* 10/14/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bob Sersch @ CT Corporation System , who is designated by law to accept service of process on behalf of *(name of organization)* Janssen Pharmaceuticals Inc
on *(date)* 10/15/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 20.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: 10/15/2014

*Server's signature*

Travis Wilkinson Process Server
*Printed name and title*

The Browning Group LLC
6571 Windmere Road Harrisburg, PA 17111

*Server's address*

Additional information regarding attempted service, etc: