AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF KENTUCKY

|  |  |
|---|---|
| MARILYNNE A. COX, | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No. 3:14-CV-579-H |
| Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. | ) ) ) ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Janssen Research & Development LLC f/k/a Johnson and
Johnson Pharmaceuticals, et al.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Lawrence L. Jones II
JONES WARD PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  _____9/5/2014_____       _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:14-CV-00579-JGH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Research & Development, LLC

was received by me on *(date)* 10-21-14 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kim Giganti (Paralegal) , who is

designated by law to accept service of process on behalf of *(name of organization)* Johnson

& Johnson on *(date)* 10-21-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-14

_Roger Padilla_
Server's signature

Roger Padilla "Process Server"
Printed name and title

627 Summit ave, Ste D  Jersey City, nj 07306
Server's address

Additional information regarding attempted service, etc:

10/22/14

CHRISEY SMITH
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 5/23/2019